UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Guy Herrera,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Social Security Administration, et al.,<br><br>　　　　　　　Defendants. | 2:24-cv-00544-MDC<br><br>**ORDER STRIKING ROGUE FILINGS (ECF NOS. 17 AND 18)** |

　　　　This case is closed. On August 6, 2024, the Court entered judgment in favor of plaintiff and t remanded this case. *See* ECF No. 16. The plaintiff has since filed two new motions in this closed case, specifically a *Motion to Compel Compliance* (ECF No. 17) and a *Motion for Immediate Electronic Access* (ECF No. 18). Because this case is closed, the Court cannot take action on plaintiff's filings and thus, the Court strikes them from the record. *Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir. 1995) (the district court has inherent authority to strike improper filings "to promulgate and enforce rules for the management of litigation").

　　　　**IT IS SO ORDERED THAT:**

1. Plaintiff's *Motion to Compel Compliance* (ECF No. 17) and his *Motion for Immediate Electronic Access* (ECF No. 18) are both STRICKEN.

2. Plaintiff is CAUTIONED that this matter is closed and he may not file any documents in this case.

　　　　It is so ordered.

　　　　DATED: December 19, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge